Charles M. DOYLE, et al., petitioners,
v. UNITED STATES.   No. 91–295.

Supreme Court of the United States.

Jan. 13, 1992.   Denied.